**Order entered December 10, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00113-CV

**RICHARD A. MYERS AND THOMAS J. WOUTERS, Appellants**

**V.**

**BANK MIDWEST, N.A., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02904**

## ORDER

We **GRANT** appellants' December 2, 2013 second motion for extension of time to file appellants' brief and **ORDER** appellants to file their brief no later than January 10, 2014. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE